# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, M.G. MILLER**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## JOSEPH P. WILSON
### CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201300370
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 11 June 2013.
**Military Judge:** LtCol Chris Thielemann, USMC.
**Convening Authority:** Commanding General, 1st Marine Division (REIN), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** Maj D.P. Harvey, USMC.
**For Appellant:** CDR Christopher Roper, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**11 February 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court